IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-10894
Summary Calendar
_____

JOE LYNN ASHLOCK,

                                                    Plaintiff-Appellant,

versus

WILLIAM A. HALTER, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                                                    Defendant-Appellee.

Appeal from the United States District Court for
the Northern District of Texas
(USDC No. 1:99-CV-279)
_____
February 23, 2001

Before REAVLEY, JOLLY and JONES, Circuit Judges.

PER CURIAM:[*]

        Plaintiff-appellant Joe Lynn Ashlock appeals from judgment of the district court

affirming the Commissioner of Social Security's finding that he is not disabled.  The

court entered judgment pursuant to the magistrate judge's Report and Recommendation.

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

Because Ashlock failed to timely file objections to the Report and Recommendation, our review is limited to plain error affecting Ashlock's "substantial rights" or the "fairness, integrity or public reputation of judicial proceedings."  28 U.S.C. § 636(b)(1); <u>Douglass v. United Servs. Auto. Ass'n</u>, 79 F3d 1415, 1424, 1428-30 (5th Cir. 1996).  Under this standard, we find no error.

AFFIRMED.